# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christoper J. Martinez, | No. CV 1-08-875-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Correctional Officer A. Smith, et al., | |
| Defendants. | |

The Order of October 9, 2009, directed counsel for defendants to attempt to locate Defendant Tate and notify the Court if counsel will be representing Defendant Tate.

IT IS FURTHER ORDERED that counsel for Defendants file, by **November 13, 2009**, a report in compliance with the Order of October 9, 2009 [doc. 28].

DATED this 27$^h$ day of October, 2009.

Neil V. Wake
United States District Judge