IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher J. Martinez,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Correctional Officer A. Smith, et al.,<br><br>　　　　Defendants. | No. CV 08-0875-NVW<br><br>**ORDER** |

　　　　The Court entered a Discovery Order and Scheduling Order (doc. # 36) on January 7, 2010.  The Court has considered the age of this case and the ample time given in the Discovery Order and Scheduling Order, and now enters this Supplemental Order.  The Court will require, and hereby gives notice to all parties, that all parties complete all discovery and all other pretrial preparation within the schedule ordered on January 7, 2010.  The parties must plan their pre-trial motions and discovery, including presentation and resolution of all discovery disputes, in time to comply with that schedule.  The Court does not contemplate any extension of the September 17, 2010 deadline for pre-trial dispositive motions, nor does it not contemplate any extensions on the briefing of such motions.  The Court will rule on any such motions by December 1, 2010, and a trial, if necessary, will be set promptly thereafter.

　　　　DATED this 26th day of March, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Neil V. Wake
　　　　　　　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge