# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
## Fresno Division

| | |
|---|---|
| Christopher J. Martinez, | No. CV-08-00875-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| A. Smith, et al., | |
| Defendants. | |

Before the Court is Defendant Tate's Motion for Summary Judgment. (Doc. 51.) Plaintiff was warned by order of September 21, 2010, of the time to respond, of the need to respond and submit any controverting evidence, and of the consequences of failure to respond. (Doc. 52.) Plaintiff's motion to extend time to respond was granted on to extend the response time to November 1, 2010. (Doc. 54.) The time to respond has expired, and Plaintiff has not responded. The Court nevertheless considers the Motion for Summary Judgment on its merits and grants it on its merits. Defendant Tate has argued both failure to exhaust administrative remedies and failure of Plaintiff's claim on its merits and for qualified immunity. Plaintiff's concluding paragraph of his brief appears to prefer grounding the motion in it merits rather than on failure to exhaust administrative remedies, so the Motion will be granted on its merits both for lack of a substantive claim and alternatively for qualified immunity.

**IT IS ORDERED** that Defendant Tate's Motion for Summary Judgment (Doc. 51) is **granted** on the merits.

**IT IS FURTHER ORDERED** that the Clerk enter judgment in favor of Defendant Tate and against Plaintiff and that Plaintiff take nothing. The claims against all other Defendants having been disposed of, the Clerk shall terminate this action.

DATED this 19th day of November, 2010.

_____
Neil V. Wake
United States District Judge